

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| Lazaro Reyes Ciguero, Individually and on Behalf of the Estate of Jesus Reyes Ricardez, Deceased, | § | |
|---|---|---|
| | § | No. 08-13-00075-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | 243rd District Court |
| v. | § | of El Paso County, Texas |
| Jose Lara, | § | (TC# 2011-2162) |
| Appellee. | § | |

**O R D E R**

The Court GRANTS the Appellant's Motion to Reestablish Appellate Timetable.

Therefore the Court ORDERS this appeal to continue, the appellate timetable

suspension is lifted and the Appellant's brief is now due in this Court on or before July 5, 2013.

IT IS SO ORDERED this 5th day of June, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.